FIDELIA IRWIN, Respondent, v. BERTHOLD NATHANSOHN, Appellant. LA BELLE GARDENS ESTATE, INC., and Others, Defendants. SARAH J. EVANS, Respondent, v. BERTHOLD NATHANSOHN, Appellant. LA BELLE GARDENS ESTATE, INC., and Others, Defendants.— Judgments and orders unanimously affirmed, with costs in one action. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK AND ALBANY LIGHTERAGE COMPANY, Relator, v. THOMAS M. LYNCH and Others, Constituting the State Tax Commission, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

SIDNEY K. JOHNSON, Respondent, v. JOSEPH GRESKOVIC, Appellant, and Another.— Order and judgment unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

SAMANTHA BURTON, Respondent, v. HENRY JURGENSEN, Appellant.— Order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

JOHN HEDGCOCK, Appellant, v. JOHN F. WILLIAMS and Another, Respondents.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

M. HERBERT SIMMONS, Respondent, v. DOUGLAS CLAPPER, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

EDITH E. STILES, Respondent, v. CHARLES C. ANNABEL, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

FRED CUNNINGHAM, Appellant, v. BOSTON AND MAINE RAILROAD, Respondent.— Order modified by allowing to the plaintiff statutory costs before notice of trial, to be paid by the defendant, and ten dollars motion costs, on the ground that the defendant was in default in appearing and pleading, and is asking a favor of the court to vacate the judgment and to serve an answer; and as so modified order affirmed, with ten dollars costs and disbursements. Hinman, Davis and Hill, JJ., concur; Van Kirk, P. J., and Hasbrouck, J., vote for affirmance on the ground that the default was taken without notice to the attorney whose appearance had been recognized.

ALICE V. MILLER and Another, as Executors, etc., of RANDOLPH H. MILLER, Deceased, Respondent, v. JOHN H. McALLISTER and Others, Appellants.— Order reversed, on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Van Kirk, P. J., Hinman, Whitmyer and Hasbrouck, JJ., concur; Hill, J., dissents.